UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

25-CR-20102-RUIZ/LOUIS

CASE NO. _____

IN RE SEALED INDICTMENT

_____/

**FILED BY BM D.C.**
**Mar 6, 2025**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO SEAL

**COMES NOW,** the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that this indictment, arrest warrants, and any resulting order be SEALED until the arrest of the first defendant or until further order of this court, excepting the United States Attorney's Office which may obtain copies of any indictment, arrest warrants, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reason that the named defendants may flee, the integrity of the ongoing investigation might be compromised, and the safety of certain witnesses could be compromised should knowledge of this indictment become public.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____
BRIAN DOBBINS
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501182
99 NE 4th Street
Miami, Florida 33132
Tel: (305) 961-9304
Fax: (305) 536-4676
E-mail: Brian.Dobbins@usdoj.gov