UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
25-CR-20102-RUIZ/LOUIS
CASE NO. _____

IN RE SEALED INDICTMENT
_____/

FILED BY ___BM___ D.C.
Mar 6, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the indictment, arrest warrants, and this order and the Court finding good cause:

**IT IS HEREBY ORDERED** that the indictment, arrest warrants, and this order shall be filed under seal until the arrest of the first defendant or until further order of this Court, however, the United States Attorney's Office may obtain copies of any indictment, arrest warrants, or other sealed documents for purposes of arrest, extradition, or any other necessary cause.

**DONE AND ORDERED** in chambers at Miami, Florida, this 6th day of March, 2025.

_____
HON. ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: USAO/AUSA Brian Dobbins