UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-20102-CR-RUIZ

IN THE MATTER OF A
SEALED INDICTMENT.
_____/

FILED BY ____KAN____ D.C.

Mar 10, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## ORDER

The United States of America has moved to partially unseal the indictment in this case. The government proposes providing a partially unredacted copy of the indictment to the Defendant, JOSE EZEQUIEL GAMEZ-MARAVILLA, a/k/a "Chango," and his defense counsel while maintaining the indictment sealed on the public docket until otherwise ordered by a federal court.

After considering the matter, the Court GRANTS the government's motion. Pursuant to Federal Rule of Criminal Procedure 6(e)(4), IT IS ORDERED AND ADJUDGED that:

1. The sealed indictment in this case shall remain sealed on the public docket until otherwise ordered by a federal court.

2. The government shall provide a partially unredacted copy of the sealed indictment to Defendant GAMEZ-MARAVILLA and his defense counsel. The copy shall be partially redacted to exclude the names of Defendant GAMEZ-MARAVILLA's codefendants.

3. Defendant GAMEZ-MARAVILLA and his defense counsel may not disseminate the partially unredacted copy of the indictment.

**DONE AND ORDERED** in chambers at Miami, Florida, this  10th   day of March, 2025.

_____
HONORABLE JONATHAN GOODMAN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:
AUSA Brian Dobbins