AO 94 (Rev. 01/09) Commitment to Another District

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA,**
  Plaintiff,

v.   5:25-mj-1049-PRL
  Charging District's Case No. 1:25-cr-20102-RUIZ

**JOSE EZEQUIEL GAMEZ-MARAVILLA.**
  Defendant.

FILED BY ___BM___ D.C.
Mar 12, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the <u>Southern District of Florida</u>.

The defendant may need an interpreter for this language: <u>Spanish</u>.
  The defendant:   ☐ will retain an attorney.
          ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: March 10, 2025

_____
PHILIP R. LAMMENS
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                                                                                    5:25-mj-1049-PRL

**JOSE EZEQUIEL GAMEZ-MARAVILLA**
    Defendant.

                                                                 AUSA: Hannah Watson
                                                              Deft. Atty.: Christine Bird

| JUDGE | Philip R. Lammens | DATE AND TIME | March 11, 2025<br>11:25 am – 11:44 am<br>19 minutes |
|---|---|---|---|
| DEPUTY CLERK | Holly Iovino | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Ricardo Arenas | PRETRIAL/PROBATION: | Megan Martin |

### CLERK'S MINUTES – INITIAL APPEARANCE (Rule 5c)

Interpreter previously placed under oath.

Defendant arrested on an Indictment from the Southern District of Florida.

Defendant advised of rights, charges, penalties, etc.

Defendant's oral motion to appoint counsel is GRANTED. Federal Defender appointed.

Court advises defendant of Rule 20 rights.

Court advised the parties of the requirements of the Due Process Protections Act.

Government orally moves for detention.

Defendant waives right to an identity hearing but requests to have a detention hearing in the prosecuting district.

Government's argument for detention.

Court remands defendant back to the custody of the U.S. Marshal to be transported to the Southern District of Florida.

**COMMITMENT TO ANOTHER DISTRICT TO ENTER.**

**FILED IN OPEN COURT:**
Financial Affidavit,
Waiver of Rule 5 & 5.1 Hearings

Query    Reports    Utilities    Help    What's New    Log Out

CLOSED,INTERPRETER

# U.S. District Court
## Middle District of Florida (Ocala)
## CRIMINAL DOCKET FOR CASE #: 5:25-mj-01049-PRL All Defendants

Case title: USA v. Gamez-Maravilla

Date Filed: 03/11/2025

Other court case number: 25-cr-20102 Southern District of Florida

Date Terminated: 03/11/2025

Assigned to: Magistrate Judge Philip R. Lammens

### Defendant (1)

**Jose Ezequiel Gamez-Maravilla**
*TERMINATED: 03/11/2025*

represented by **Christine Nan Bird**
Office of the Federal Defender
201 S. Orange Avenue
Suite 300
Orlando, FL 32801
352-351-9157
Email: christine_bird@fd.org
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1959-7471.F RACKETEERING ACTIVITY, MURDER/KIDNAPPING | |

**Query**    **Reports**    **Utilities**    **Help**    **What's New**    Log Out

**Plaintiff**

**USA**                                                  represented by   **Hannah Watson**
DOJ-USAO
35 SE 1st Avenue
Suite 300
Ocala, FL 34471
352-547-3600
Email: hannah.nowalk@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/11/2025 | 1 | Arrest pursuant to Rule 5(c)(2) of Jose Ezequiel Gamez-Maravilla from the Southern District of Florida. (HAI) (Additional attachment(s) added on 3/11/2025: # 1 Atttachment) (HAI). (Entered: 03/11/2025) |
| 03/11/2025 | 2 | Oral MOTION to Appoint Interpreter, Oral MOTION to Appoint Counsel by Jose Ezequiel Gamez-Maravilla. (HAI) (Entered: 03/11/2025) |
| 03/11/2025 | 3 | Minute Entry for In Person proceedings held before Magistrate Judge Philip R. Lammens: granting 2 Motion to Appoint Interpreter & Motion to Appoint Counsel; INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 3/11/2025 as to Jose Ezequiel Gamez-Maravilla from the Southern District of Florida. (DIGITAL) (Interpreter/Language: Ricardo Arenas/Spanish) (HAI) (Entered: 03/11/2025) |
| 03/11/2025 | 4 | ***CJA 23 Financial Affidavit by Jose Ezequiel Gamez-Maravilla. (HAI) (Entered: 03/11/2025) |
| 03/11/2025 | 5 | WAIVER of Rule 5 & 5.1 Hearings hearing by Jose Ezequiel Gamez-Maravilla. (HAI) (Entered: 03/11/2025) |
| 03/11/2025 | 6 | **COMMITMENT TO ANOTHER DISTRICT as to Jose Ezequiel Gamez-Maravilla. Defendant committed to the Southern District of Florida. Signed by Magistrate Judge Philip R. Lammens on 3/11/2025. (HAI)** (Entered: 03/11/2025) |
| 03/11/2025 | 7 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the Southern District of Florida as to Jose Ezequiel Gamez-Maravilla Signed by Magistrate Judge Philip R. Lammens on 3/11/2025. (HAI)** (Entered: 03/11/2025) |
| 03/11/2025 |  | NOTICE to Southern District of Florida of a Rule 5 or Rule 32 Initial Appearance as to Jose Ezequiel Gamez-Maravilla regarding your case number: 1:25-cr-20102-RAR. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (HAI) (Entered: 03/11/2025) |

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                                                                                             5:25-mj-1049-PRL

**JOSE EZEQUIEL GAMEZ-MARAVILLA,**
    Defendant.

---

## FINDINGS AND ORDER OF REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5, FED. R. CRIM. P.

Jose Ezequiel Gamez-Maravilla, having been arrested and presented before me for removal proceedings pursuant to Rule 5, Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(c)(3) thereof, the following has occurred of record.

An Initial Appearance on the Rule 5 Indictment from Southern District of Florida was held on March 11, 2025.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that Jose Ezequiel Gamez-Maravilla is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that Jose Ezequiel Gamez-Maravilla be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Ocala, Florida, on March 11, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of record