UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20102-RAR(1)

UNITED STATES OF AMERICA

vs.

JOSE EZEQUIEL GAMEZ-MARAVILLA,

    Defendant.
_____/

### ORDER GRANTING MOTION REQUESTING APPOINTMENT OF CO-COUNSEL PURSUANT TO 18 U.S.C. § 3005

**THIS CAUSE** comes before the Court on the Sealed Motion Requesting Appointment of Learned Co-Counsel Pursuant to 18 U.S.C. § 3005, [ECF No. 53] ("Motion"). The Court having carefully considered the Motion, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. CJA Attorney Cristina Bordé, Esq., 33 E. Main Street, Suite 400, Madison WI 53603 (email: cristinaborde@gmail.com), is hereby appointed as second attorney to serve as Learned Counsel pursuant to 18 U.S.C. § 3005 to represent Defendant Jose Ezequiel Gamez-Maravilla during the death penalty authorization process within the U.S. Department of Justice.

**DONE AND ORDERED** in Miami, Florida this 22nd day of May, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    All Parties of Record